Jones v Mean LLC (2025 NY Slip Op 04392)

Jones v Mean LLC

2025 NY Slip Op 04392

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, SMITH, AND NOWAK, JJ.

536 CA 24-00515

[*1]WAYNE JONES, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CELESTINE CHANEY, DECEASED, PLAINTIFF-RESPONDENT, OPINION AND
v
MEAN LLC, ET AL., DEFENDANTS, ALPHABET, INC., GOOGLE, LLC, YOUTUBE, LLC, AND REDDIT, INC., DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON D.C. (ERIC A. SHUMSKY, ADMITTED PRO HAC VICE, OF COUNSEL), WILSON SONSINI GOODRICH & ROSATI, P.C., NEW YORK CITY, WEBSTER SZANYI LLP, BUFFALO, AND PERKINS COIE LLP, NEW YORK CITY, FOR DEFENDANTS-APPELLANTS ALPHABET, INC., GOOGLE, LLC, YOUTUBE, LLC, AND REDDIT, INC. 
TYCKO & ZAVAREEI LLP, WASHINGTON, D.C. (GLENN E. CHAPPELL, ADMITTED PRO HAC VICE, OF COUNSEL), EVERYTOWN LAW, NEW YORK CITY, AND LAW OFFICES OF BONNER AND BONNER, SAN RAFAEL, CALIFORNIA, FOR PLAINTIFF-RESPONDENT.
HOGAN LOVELLS US LLP, NEW YORK CITY (JASMEET K. AHUJA OF COUNSEL), FOR CHAMBER OF PROGRESS, ENGINE ADVOCACY, AND WIKIMEDIA FOUNDATION, AMICUS CURIAE.
HOLWELL SHUSTER & GOLDBERG LLP, NEW YORK CITY (DANIEL M. SULLIVAN OF COUNSEL), FOR PRODUCTS LIABILITY ADVISORY COUNCIL, AMICUS CURIAE.
CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (ISABELLA S. JANKOWSKI OF COUNSEL), FOR CENTER FOR DEMOCRACY AND TECHNOLOGY, AMICUS CURIAE.

 Appeals from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered March 18, 2024. The order denied the motions of defendants-appellants to dismiss the complaint against them. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs.
Same opinion as in Patterson v Meta Platforms, Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court